# EXHIBIT A

## Amendment

Registered December 29, 1964                                Registration N

Underwriters' Laboratories, Inc.

Application to amend having been made by Underwriters' Laboratori owner of the registration above identified, said registration is hereby amend follows:

In the statement, column 2, line 10, "standards established" is deleted an *requirements used* is inserted.

Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 26th day of October 1982.

[SEAL]

Attest:
JANIE COOKSEY,                                GERALD J. MOSSINGHOFF,
*Attesting Officer.*                          *Commissioner of Patents and Trademarks.*

United States Patent Office

782,589
Registered Dec. 29, 1964

## PRINCIPAL REGISTER
### Certification Mark
### (Goods)

Ser. No. 185,169, filed Jan. 22, 1964



Underwriters' Laboratories, Inc. (Delaware corporation)
207 E. Ohio St.
Chicago 11, Ill.

For: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 VOLTS; BUILDING MATERIALS AND EQUIPMENT; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS, SUCH AS DETERGENTS, FLARES, FLAMMABLE LIQUIDS, SAFETY MATCHES, PHOTOGRAPHIC FILM, AND SIMILAR CHEMICALS; HYDRAULIC EQUIPMENT; EQUIPMENT FOR THE HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS; AUTOMOTIVE EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY AND THEFT; SAFETY APPLIANCES AND AIR DUCTS, in CLASS A.

First use December 1937; in commerce December 1937.

The certification mark is used by persons authorized by applicant to indicate that representative samplings of the products conform to the safety standards established by the applicant.

Owner of Reg. Nos. 634,214, 669,422, and others.

Prior U.S. Cl.: A

**United States Patent and Trademark Office**

Reg. No. 2,391,140

Registered Oct. 3, 2000

## CERTIFICATION MARK
### PRINCIPAL REGISTER



UNDERWRITERS LABORATORIES INC. (DELAWARE CORPORATION)
333 PFINGSTEN
NORTHBROOK, IL 60062

FOR: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 V; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS SUCH AS DETERGENTS, FLAMMABLE LIQUIDS, ADHESIVES, PLASTICS, COATINGS, FUMIGANTS, SOLVENTS, FLAME RETARDANTS, REFRIGERANTS, CHEMICALS TO TREAT WATER AND SIMILAR CHEMICALS; BUILDING MATERIALS AND EQUIPMENT; HYDRAULIC EQUIPMENT; EQUIPMENT FOR HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS, AIR CONDITIONERS, AND REFRIGERATION EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY, THEFT, AND FIRE; SAFETY APPLIANCES AND AIR DUCTS; FABRICS AND DECORATIVE MATERIALS; PREFABRICATED COMMERCIAL, INDUSTRIAL AND RESIDENTIAL BUILDINGS OR BUILDING UNITS; RECREATIONAL VEHICLES; PLUMBING EQUIPMENT; AUTOMOTIVE EQUIPMENT, MARINE EQUIPMENT; MOTORS; MEDICAL INSTRUMENTS; LIGHTING EQUIPMENT; HEATING EQUIPMENT; INDUSTRIAL VEHICLES; PROTECTIVE CLOTHING AND FOOTWEAR; INSULATED AND INSULATING HAND TOOLS; POWDER ACTUATED TOOLS, MUSICAL INSTRUMENTS; OFFICE APPLIANCES, BUSINESS EQUIPMENT AND HOUSEHOLD CLOCKS; GAS AND OIL EQUIPMENT; ROOFING MATERIALS AND SYSTEMS; ELECTRICAL APPLIANCE AND UTILIZATION EQUIPMENT; AND ELECTRICAL CONSTRUCTION EQUIPMENT , IN CLASS A (U.S. CL. A).

FIRST USE 12-0-1937; IN COMMERCE 12-0-1937.

OWNER OF U.S. REG. NO. 782,589.

THE CERTIFICATION MARK AS USED BY PERSONS AUTHORIZED BY APPLICANT CERTIFIES THAT REPRESENTATIVE SAMPLINGS OF THE GOODS CONFORM TO THE REQUIREMENTS OF THE APPLICANT.

SER. NO. 75-673,083, FILED 3-26-1999.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,283,960**  
**Registered Jan. 29, 2013**

UL LLC (DELAWARE LIMITED LIABILITY COMPANY)  
333 PFINGSTEN ROAD  
NORTHBROOK, IL 600622096

**CERTIFICATION MARK**

**GOODS**

**PRINCIPAL REGISTER**

FOR: ENERGY AND POWER GENERATION, DISTRIBUTION, STORAGE, AND CHARGING EQUIPMENT, AND PARTS THEREFOR, AND RELATED GOODS; ENGINES, MOTORS, GENERATORS, HYDRAULIC EQUIPMENT AND PARTS THEREFOR; ELECTRICAL DEVICES, EQUIPMENT, MATERIALS AND PARTS THEREFOR, USUALLY NOT OF A VOLTAGE EXCEEDING 600V; LAMPS, LUMINARIES AND LIGHTING EQUIPMENT, MATERIALS AND PARTS THEREFOR; WIRE, CABLE AND PARTS THEREFOR FOR POWER, DATA AND TELECOMMUNICATIONS; BUILDING AND CONSTRUCTION MATERIALS, EQUIPMENT, AND RELATED GOODS; CONSUMER AND BUSINESS ELECTRONICS, EQUIPMENT AND APPLIANCES; CHEMICALS FOR HOUSEHOLD OR COMMERCIAL USE; EQUIPMENT FOR DETECTING, HANDLING, STORING OR USING HAZARDOUS LIQUIDS AND GASES; RECREATION, LIFE SAFETY AND POWER EQUIPMENT FOR MARINE AND WATER USE; FIRE, SECURITY, SAFETY, AND PERSONAL PROTECTIVE EQUIPMENT AND SYSTEMS AND RELATED GOODS; FLAME RETARDANT AND NON-COMBUSTIBLE FABRICS AND MATTRESSES; HEATING, VENTILATION, AIR CONDITIONING AND REFRIGERATION SYSTEMS, EQUIPMENT AND PARTS THEREFORE; MEDICAL EQUIPMENT AND DEVICES; PLUMBING EQUIPMENT, MATERIALS AND PARTS THEREFOR; ROBOTS AND ROBOTIC EQUIPMENT, PARTS AND RELATED GOODS; SEMICONDUCTOR DEVICES AND EQUIPMENT; VEHICLES AND VEHICLE EQUIPMENT, PARTS AND RELATED GOODS; FOOD PROCESSING, PREPARATION, HANDLING AND STORAGE EQUIPMENT AND RELATED GOODS; WATER, WATER TREATMENT SYSTEMS AND EQUIPMENT, IN CLASS A (U.S. CL. A).

FIRST USE 8-22-2012; IN COMMERCE 8-22-2012.

OWNER OF U.S. REG. NOS. 782,589, 2,758,610, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CERTIFIED", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STAGGERED LETTERS "UL" IN A CIRCLE THAT IS ITSELF CONTAINED IN A VERTICALLY POSITIONED RECTANGLE WHOSE TOP IS ARCH SHAPED. THE WORD "CERTIFIED" APPEARS ALONG THE BOTTOM INTERIOR HORIZONTAL EDGE OF THE RECTANGLE.



*David J. Kappos*  
Director of the United States Patent and Trademark Office

**Reg. No. 4,283,960**  THE CERTIFICATION MARK, AS INTENDED TO BE USED BY AUTHORIZED PERSONS, IS INTENDED TO CERTIFY THAT THE RESPECTIVE PRODUCTS, WHEN THE MARK IS AFFIXED, COMPLY WITH CERTAIN GUIDELINES AND STANDARDS RELATING TO PRODUCT SAFETY, FUNCTIONAL SAFETY, ENVIRONMENTAL SAFETY, HEALTH, QUALITY, PERFORMANCE, COMPATIBILITY, SECURITY, SUSTAINABILITY, ENERGY EFFICIENCY, CONSTRUCTION, AND/OR PRODUCT COMPOSITION.

SN 85-529,141, FILED 1-30-2012.

JAMES LOVELACE, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# UL

**Reg. No. 4,201,014**
**Registered Sep. 4, 2012**

**Int. Cls.: 9, 16, 35, 41 and 42**

**TRADEMARK**
**SERVICE MARK**

**PRINCIPAL REGISTER**

*Director of the United States Patent and Trademark Office*

UL LLC (DELAWARE LIMITED LIABILITY COMPANY)
333 PFINGSTEN ROAD
NORTHBROOK, IL 60062

FOR: DOWNLOADABLE SAFETY AND ENVIRONMENTAL STANDARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-16-2001; IN COMMERCE 12-16-2001.

FOR: PRINTED MATERIAL, NAMELY, SAFETY AND ENVIRONMENTAL STANDARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-31-1977; IN COMMERCE 8-31-1977.

FOR: BUSINESS ADVISORY SERVICES IN THE FIELDS OF PRODUCT SAFETY, REGULATORY COMPLIANCE, CONFORMITY ASSESSMENT, QUALITY MANAGEMENT SYSTEMS, ENVIRONMENTAL MARKETING, PROCESS IMPROVEMENT, AND BRAND PROTECTION; MARKETING CONSULTING WITH RESPECT TO MARKET ACCESS ASSESSMENT RELATING TO THE COMPLIANCE OF THE GOODS OF OTHERS WITH LOCAL AND GLOBAL REGULATIONS AND INDUSTRY STANDARDS; BUSINESS AUDITING SERVICES FOR BOTTLERS OF BOTTLED WATER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2004; IN COMMERCE 5-1-2004.

FOR: EDUCATION AND TRAINING SERVICES, NAMELY, PROVIDING SEMINARS, ONE-ON-ONE TRAINING, AND ONLINE COURSES IN THE FIELDS OF SAFETY COMPLIANCE, QUALITY MANAGEMENT SYSTEMS, MANUFACTURING IMPROVEMENT PROCESSES AND ANTI-COUNTERFEITING AND INTELLECTUAL PROPERTY CRIME; PUBLICATION OF SAFETY AND ENVIRONMENTAL STANDARDS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-1-2004; IN COMMERCE 5-1-2004.

FOR: PROVIDING PRODUCT SAFETY TESTING SERVICES AND RELATED CONSULTING SERVICES; PROVIDING ENVIRONMENTAL TESTING AND ASSESSMENT SERVICES FOR BUILDING AND CONSUMER PRODUCTS; DEVELOPMENT OF SAFETY AND ENVIR-

**Reg. No. 4,201,014** ONMENTAL STANDARDS FOR PRODUCTS AND SERVICES AFFECTING THE SAFETY OF CONSUMERS, THE ENVIRONMENT AND HUMAN HEALTH; PROVIDING CUSTOMIZED SUPPLIER AUDIT AND PRODUCT INSPECTION SERVICES BASED ON BUYERS' PRE-DEFINED PARAMETERS OR SPECIFICATIONS; TESTING, ANALYSIS, EVALUATION AND INSPECTION SERVICES FOR THE QUALITY AND SAFETY OF BOTTLED WATER; SCIENTIFIC ANALYSIS SERVICES FOR BOTTLERS OF BOTTLED WATER; FOOD SAFETY ASSESSMENT SERVICES, NAMELY, AUDIT AND REGISTRATION SERVICES RELATED TO FOOD SAFETY TESTING FOR PRODUCERS, MANUFACTURERS OR PROCESSORS AND RETAIL FOOD SAFETY/QUALITY SECURITY SYSTEMS; TESTING AND ANALYSIS SERVICES IN THE FIELD OF WIRING SYSTEM PRODUCTS FOR THE TRANSMISSION OF VOICE, VIDEO, DATA AND POWER APPLICATIONS; INSPECTION AND TESTING OF SUBCONTRACTOR MANUFACTURING AND SHIPPING PROCEDURES AND ACTIVITIES TO ENSURE TRACEABILITY OF GOODS OF OTHERS THROUGH THE RETAIL SUPPLY CHAIN; TESTING, ANALYSIS, EVALUATION AND INSPECTION OF PRODUCTS OF OTHERS USED IN HAZARDOUS LOCATIONS SUCH AS THOSE PRODUCTS WITH FLAMMABLE GASES, VAPORS OR LIQUIDS, COMBUSTIBLE DUST OR IGNITABLE FIBERS AND FLYINGS; REGULATORY SERVICES, NAMELY, TESTING, EVALUATION AND INSPECTION OF MEDICAL DEVICES; TESTING, ANALYZING, EVALUATING AND INSPECTING GOODS AND STRUCTURES OF OTHERS TO ASSESS COMPLIANCE AND CONFORMITY PURSUANT TO NATIONAL AND INTERNATIONAL STANDARDS; TESTING, ANALYZING, EVALUATING AND INSPECTING GOODS OF OTHERS TO ASSESS ELECTROMAGNETIC CAPABILITY AND COMPLIANCE WITH TELECOMMUNICATIONS REGULATIONS; EVALUATING QUALITY MANAGEMENT SYSTEMS OF OTHERS TO ASSESS COMPLIANCE PURSUANT TO NATIONAL AND INTERNATIONAL STANDARDS; TESTING, ANALYZING, EVALUATING AND INSPECTING GOODS OF OTHERS TO ASSESS COMPLIANCE AND CONFORMITY PURSUANT TO LOCAL, NATIONAL AND INTERNATIONAL ENVIRONMENTAL STANDARDS AND REGULATIONS AND RELATED CONSULTING SERVICES, NAMELY, RELATING TO PRODUCT ENVIRONMENTAL TESTING AND ASSESSMENT; TESTING, ANALYSIS AND VALIDATION OF GOODS OF OTHERS FOR ENVIRONMENTAL CLAIMS USED ON PRODUCT PACKAGING AND IN MARKETING; CUSTOMIZED VERIFICATION TESTING OF THE GOODS OF OTHERS BASED ON INDUSTRY OR 3RD PARTY PRE-DEFINED PARAMETERS OR SPECIFICATIONS; RESEARCH AND DEVELOPMENT TESTING, NAMELY, PROVIDING ELECTRICAL, FLAMMABILITY, MECHANICAL, CHEMICAL, ENVIRONMENTAL, LIGHTNING PROTECTION AND ELECTROMAGNETIC COMPATIBILITY TESTING PURSUANT TO NATIONAL AND INTERNATIONAL STANDARDS AND OTHER SPECIFICATIONS; TESTING, ANALYSIS AND EVALUATION OF THE GOODS AND SERVICES OF OTHERS IN RELATION TO PUBLIC HEALTH AND ENVIRONMENTAL QUALITY COMPATIBILITY REQUIREMENTS, PURSUANT TO NATIONAL AND INTERNATIONAL STANDARDS; TECHNICAL CONSULTING SERVICES RELATING TO TESTING, ANALYSIS AND EVALUATION OF GOODS OF OTHERS PURSUANT TO NATIONAL AND INTERNATIONAL REGULATIONS AND STANDARDS; TESTING, ANALYZING, EVALUATING AND INSPECTING PREVIOUSLY CERTIFIED GOODS AND STRUCTURES OF OTHERS TO ASSESS ON-GOING COMPLIANCE AND CONFORMITY PURSUANT TO NATIONAL AND INTERNATIONAL STANDARDS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-1969; IN COMMERCE 8-0-1969.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 782,589, 3,347,809 AND OTHERS.

SER. NO. 85-376,290, FILED 7-20-2011.

MICHAEL KEATING, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.