UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JIANGMEN MEIJIASHENG BICYCLE CO., LTD., a Chinese corporation; HONG KONG MANCHESTER INTERNATIONAL TRADING CO., LTD., a Hong Kong corporation; SHENZHEN AIBOSI SPORT TECHNOLOGY CO., LTD., a Chinese corporation; GUANGZHOU AIERFEILE SPORT TECHNOLOGY CO., LTD., a Chinese corporation; TANG SHUHUI, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:26-cv-00271<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3(g), Plaintiffs give notice of the following related cases (the "Related Cases"):

- *Amazon.com, Inc., Amazon.com Services LLC, and UL LLC v. Shenzhen Yidasheng Trading Co., Ltd., Guangzhou Zixinhao Electronic Trading Co., Ltd., Shenzhen Jiecheng Times Technology Co., Ltd., Peng Guangwen, Luo Tiecheng, and Does 1-10*, No. 2:25-cv-02471-KKE (W.D. Wash. Dec. 5, 2025);

- *Amazon.com, Inc., Amazon.com Services LLC, and UL LLC v. Shenzhen Fangyu Trading Co., Ltd., Shenzhen Guoduosheng Technology Co., Ltd., Shenzhen Peruite E-*

NOTICE OF RELATED CASES - 1
(2:26-cv-00271)

*Commerce Co., Ltd., Shenzhen Fengfan Shun Trading Co., Ltd., Xincheng Future (HK) Co., Ltd., and Does 1-10*, No. 2:25-cv-02480-JHC (W.D. Wash. Dec. 5, 2025);

- *Amazon.com, Inc., Amazon.com Services LLC, and UL LLC v. Shanghai Haoqi International Trade Co., Ltd. and Does 1-10*, No. 2:25-cv-02482-KKE (W.D. Wash. Dec. 5, 2025);

- *Amazon.com, Inc., Amazon.com Services LLC, and UL LLC v. Shenzhen Zhida Anda Trading Co., Ltd. and Does 1-10*, No. 2:25-cv-02485-KKE (W.D. Wash. Dec. 5, 2025); and

- *Amazon.com, Inc., Amazon.com Services LLC, and UL LLC v. Tianjin Haoyuntong International Trading Company, Dechengtaike Environmental Technology Co., Ltd., Tianjin Zhonghui Puhua Energy Technology Co., Ltd., Shanghai Jianzhe Construction Development Co., Ltd., Hongkong Actbest New Energy Technology Limited, US Actbest Technology Inc., Hong Kong Qijia Technology Co., Ltd., Shenzhen Shengmingyi Technology Co., Ltd., and Does 1-10*, No. 2:25-cv-02546-RSM (W.D. Wash. Dec. 12, 2025).

The cases listed above are related to this action because (a) they concern similar parties, transactions, and events (namely, they involve the same plaintiffs; assert nearly identical causes of action; and the defendants in all cases advertised and sold electric bicycles or scooters in connection with unauthorized UL LLC certification marks in violation of UL LLC's rights and in breach of the same Amazon policies); and (b) it appears likely there will be an unduly burdensome duplication of judicial resources—as well as the potential for conflicting results—if the cases are conducted before different judges. *See* LCR 3(g)(4)(A)–(B). In addition, because the first-filed Related Case has been assigned to the Honorable Kymberly K. Evanson, Plaintiffs respectfully request that the Court designate the cases as related cases and transfer this case to Judge Kymberly K. Evanson.

DATED this 23rd day of January, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorney for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

NOTICE OF RELATED CASES - 2
(2:26-cv-00271)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax