The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, Delaware limited liability company; and UL LLC, a Delaware limited liability company,

Plaintiffs,

v.

JIANGMEN MEIJIASHENG BICYCLE CO., LTD., a Chinese corporation; HONG KONG MANCHESTER INTERNATIONAL TRADING CO., LTD., a Hong Kong corporation; SHENZHEN AIBOSI SPORT TECHNOLOGY CO., LTD., a Chinese corporation; GUANGZHOU AIERFEILE SPORT TECHNOLOGY CO., LTD., a Chinese corporation; TANG SHUHUI, an individual; and DOES 1-10,

Defendants.

No. 2:26-cv-00271-JNW

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

WHEREAS, Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively, "Amazon"), and UL LLC ("UL" and with Amazon, "Plaintiffs") filed this action against Defendants Jiangmen Meijiasheng Bicycle Co., Ltd. ("Meijiasheng Bicycle"), Shenzhen Aibosi Sport Technology Co., Ltd. ("Aibosi Sport"), Guangzhou Aierfeile Sport Technology Co., Ltd. ("Aierfeile Sport"), Hong Kong Manchester International Trading Co., Ltd. ("Hong Kong

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION - 1
(No. 2:26-cv-00271-JNW)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Manchester"), and Tang Shuhui ("Tang") (collectively, "Defendants") seeking injunctive relief and monetary damages, including treble damages, costs, and attorneys' fees;

WHEREAS, Plaintiffs alleged in the Complaint claims against Defendants for: (i) trademark counterfeiting and trademark infringement under 15 U.S.C. § 1114; (ii) false designation of origin under 15 U.S.C. § 1125(a); (iii) violation of the Washington Consumer Protection Act, RCW 19.86.010, et seq.; and (iv) breach of contract (the claims are referred to, collectively, as the "Claims");

WHEREAS, Plaintiffs and Defendants have agreed to resolve their dispute;

WHEREAS, Defendants do not admit any liability, wrongdoing, or any violation of law by stipulating to this Consent Judgment and Permanent Injunction;

WHEREAS, Plaintiffs and Defendants now stipulate and consent to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate to and request that the Court order the following Consent Judgment and Permanent Injunction:

IT IS ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:

1.    The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

2.    On January 23, 2026, Plaintiffs filed a Complaint against Defendants in this action asserting the Claims.

3.    At the time the Complaint was filed and at the time of Defendants' alleged wrongful conduct, UL owned the following registered marks (the "UL Marks"), all of which are valid, unrevoked, and subsisting, and which constitute prima facie evidence of UL's exclusive ownership of the marks during all relevant periods:

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION - 2
(No. 2:26-cv-00271-JNW)

| Mark | Registration No. (International Classes) |
|------|------------------------------------------|
| | 782,589 (IC A) |
| | 2,391,140 (IC A) |
| | 4,283,960 (IC A) |
| UL | 4,201,014 (IC 9, 16, 35, 41, 42) |

4.      Plaintiffs allege that Defendants advertised, marketed, offered, distributed, and sold electric bikes in the Amazon.com store ("Amazon Store") and on the website https://aipasbike.com in connection with the UL Marks, without authorization, in order to deceive customers that the products were certified by UL. Plaintiffs allege that this conduct violated Amazon's policies, UL's intellectual property rights, and the law. Plaintiffs further allege that the actions of Defendants constituted trademark counterfeiting, trademark infringement, false designation of origin under the Lanham Act, violation of the Washington Consumer Protection Act, and breach of contract.

5.      The use of the UL Marks on the counterfeit products created the erroneous impression that those products had been tested and certified by UL, even though they were not.

6.      Amazon's Business Solutions Agreement, which Defendants entered into with Amazon.com Services LLC in order to sell products in the Amazon.com store, prohibits the sale of counterfeit products and the submission to Amazon of inaccurate, false, or misleading information and documents.

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION -  3
(No. 2:26-cv-00271-JNW)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

7.    Defendants' sale of e-bikes in connection with the UL Marks, without UL's authorization, has caused, and unless enjoined by this Court will continue to cause, serious and irreparable injury to Plaintiffs, for which they have no adequate remedy at law.

8.    The Parties represent that they have read this Consent Judgment and Permanent Injunction, entered into it voluntarily, and have had the opportunity to seek the advice of counsel prior to their consent to this Judgment.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:**

9.    The Court enters this Consent Judgment and Permanent Injunction based on the Parties' agreement and Defendants' consent to the relief set forth herein. This Consent Judgment resolves Plaintiffs' claims alleged in the Action as follows: (i) in favor of UL's claims against Defendants for trademark counterfeiting and trademark infringement under 15 U.S.C. § 1114; (ii) in favor of UL's and Amazon's claims against Defendants for false designation of origin under 15 U.S.C. § 1125(a); and (iii) in favor of Amazon's claims against Defendants for breach of contract. Any remaining claims are dismissed with prejudice.

10.    Upon the entry of this Judgment, Defendants and their officers, agents, representatives, servants, employees, successors, and assigns, and all others in active concert or participation with Defendants shall be permanently enjoined from:

(a) importing, manufacturing, producing, distributing, circulating, offering to sell, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of UL's certification marks or service marks, or which otherwise infringes UL's intellectual property, in any store or in any medium; and

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION - 4
(No. 2:26-cv-00271-JNW)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

(b) using any false designation of origin or false description or performing any act which is likely to lead members of the trade or public to believe that any service or product offered, distributed, or sold by Defendants is in any manner certified, tested, associated or connected with UL, or is sold, manufactured, licensed, sponsored, approved, or authorized by UL; or

(c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (b) above;

11. The Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Judgment and Permanent Injunction.

12. Each party shall bear its attorneys' fees and costs incurred in connection with this matter.

13. Upon entry of this Judgment and Permanent Injunction, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED THIS 6th day of July, 2026.

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION - 5
(No. 2:26-cv-00271-JNW)

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

_____
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

LAWMAY P.C.
*Attorneys for Defendants*

_____
Hongchang (Richard) Deng
2108 N St. Suite 9124
Sacramento, CA 95816
Tel: 213-682-7241
Email: RDeng@LawMayus.com

**CONSENTED TO:**

Plaintiff Amazon.com, Inc.

By: _____        Dated: _____
Name: Azalea Park
Title: AGC, WW Grocery Stores

Plaintiff Amazon.com Services LLC

By: _____        Dated: _____
Name: Azalea Park
Title: AGC, WW Grocery Stores

Plaintiff UL LLC

By: _____        Dated: _____
Name: Sanjana Sharma
Title: Associate General Counsel

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION -  6
(No. 2:26-cv-00271-JNW)

Defendant Jiangmen Meijiasheng Bicycle Co., Ltd.


By: _____        Dated: _____
Name:
Title:

Defendant Shenzhen Aibosi Sport Technology Co., Ltd.


By: _____        Dated: _____
Name:
Title:

Defendant Guangzhou Aierfeile Sport Technology Co., Ltd.


By: _____        Dated: _____
Name:
Title:

Defendant Hong Kong Manchester International Trading Co., Ltd.


By: _____        Dated: _____
Name:
Title:

Defendant Tang Shuhui


By: _____        Dated: _____
Name:
Title:

STIPULATED CONSENT JUDGMENT
AND PERMANENT INJUNCTION - 7
(No. 2:26-cv-00271-JNW)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax